THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Olivia G.
 Ragsdale, Respondent,
 v.
 John Knox
 Ragsdale, Appellant.
 
 
 

Appeal From Richland County
 George M. McFaddin, Jr., Family Court
 Judge
Unpublished Opinion No. 2008-UP-291
Submitted June 1, 2008  Filed June 4,
 2008
AFFIRMED

 
 
 
 Melvin Dean Bannister, of Columbia, for Appellant.
 Robert L. Hallman, Jr., of Columbia, for Respondent.
 
 
 

PER CURIAM:  In
 this domestic action, John Ragsdale (Husband) appeals the family court's division of marital assets and obligations and the award of
 attorney's fees to Olivia Ragsdale (Wife). [1]   
We affirm the order of the family court pursuant to Rule
 220(b)(2), SCACR, and the following authority: Wooten v. Wooten, 364
 S.C. 532, 540, 615 S.E.2d 98, 102 (2005) (stating the appellate court need not
 ignore the fact that the family court, who saw and heard the witnesses, was in
 a better position to evaluate their credibility and assign comparative weight
 to their testimony); Doe v. Doe, 370 S.C. 206, 214, 634 S.E.2d 51, 55
 (Ct. App. 2006) ("Even if the family court commits error in distributing
 marital property, the error will be deemed harmless if the overall distribution
 is fair."); Griffith v. Griffith, 332 S.C. 630, 645, 506 S.E.2d
 526, 534 (Ct. App. 1998) ("In determining whether to award attorney's fees, the court should consider each party's ability to pay his or her own fee; the beneficial results obtained
 by the attorney; the parties' respective financial conditions; and the
 effect of the attorney's fee on each party's standard of living."); Hailey v. Hailey, 357 S.C. 18, 31, 590 S.E.2d 495, 502 (Ct. App. 2003)
 (noting the award of attorney's fees is within the discretion of the family
 court). 
AFFIRMED.
WILLIAMS,
 J., THOMAS, J., and PIEPER, J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.